UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORDALL NEAL,

        Petitioner,

v.                                 Case No. 05-74000

RAYMOND BOOKER,

        Respondent.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## PETITIONER'S MOTION FOR ORAL ARGUMENT

      Petitioner Cordall Neal, a state inmate currently incarcerated at Ryan Correctional Facility in Detroit, Michigan, has applied for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently pending before the court is Petitioner's motion for oral argument on his habeas corpus petition. At this point, the court is not convinced that oral argument is necessary. Instead, the court intends to decide the petition on the briefs. *See* E.D. Mich. LR 7.1(e)(1) & (2). If, upon further reflection, the court determines that it requires oral argument, the court will schedule a hearing on its own initiative. Accordingly,

      IT IS ORDERED that Petitioner's motion for oral argument [Dkt. 27] is DENIED WITHOUT PREJUDICE.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 8, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 8, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

1/8/09:S:\Cleland\CHD\2254\05-74000.NEAL.DenyOralArgument.wpd